## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RILEY FREEMAN,<br>        Defendant. | 3:25-mj- 00189<br><br>ORDER TO PARTIALLY UNSEAL CASE |

This matter having come before the Court upon motion of Paul T. Maloney, Assistant United States Attorney for the District of Oregon, requesting an order to partially unseal the case;

IT IS HEREBY ORDERED, that the case shall be partially unsealed. The government may publicly file a redacted version of the criminal complaint and affidavit. The complaint and other documents including the affidavit in support of the complaint remain under seal unless further ordered by the Court or as justice may require.

Dated: July 7, 2025

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:
WILLIAM M. NARUS,
Acting United States Attorney

_____
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney

**Order to Partially Unseal Case**　　　　　　　　　　　　　　　　　　　　**Page 1**
Revised March 2018