# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:25-mj-189 |
| RILEY FREEMAN | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RILEY FREEMAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b) - Assaulting a federal officer with a dangerous and deadly weapon

26 U.S.C. § 5861(d) - Possession of unregistered firearm

Date: July 6, 2025

*Issuing officer's signature*

City and state: Portland, Oregon

JOLIE A. RUSSO, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/07/2025, and the person was arrested on *(date)* 07/07/2025
at *(city and state)* PORTLAND, OR.

Date: 07/07/2025

*Arresting officer's signature*

KALEB ANDERSON (USM) OBO - MICAH CORTES
*Printed name and title* (FPS)