Ellie Riegel, OSB # 221879
Assistant Federal Public Defender
Email: Ellie_Riegel@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-mj-00189-1 |
| Plaintiff, | |
| v. | DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT |
| RILEY FREEMAN, | |
| Defendant. | |

Defendant, Riley Freeman, through their attorney Ellie Riegel, moves this Court to continue the arraignment in the above-entitled case, which is presently scheduled for September 5, 2025, for a period of approximately 30 days to October 6, 2025. Miss Freeman is out of custody on pretrial release. This motion is unopposed by Assistant United States Attorney Paul Maloney.

Miss Freeman understands that they have been accused of one or more offenses punishable by imprisonment for more than one year and that under 18 U.S.C. § 3161(b), they have the right to a speedy indictment which requires the return of an indictment or filing of an information against them within thirty (30) days of their arrest.

After receiving this advice, Miss Freeman waives their right to prosecution by speedy indictment and consents to prosecution by indictment or information at a later time.

Dated: September 2, 2025.

                                         *s/ Ellie Riegel*
                                         Ellie Riegel, OSB # 221879